UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 JAN 15 P 2:50
CLERK OF COURT

| | |
|---|---|
| Jerome Casimir. ) | |
| ) | |
| Vs. ) | |
| Concora Credit Inc, ) | 26-C 0073 |
| Milestone Mastercard, ) | |
| Indigo Mastercard and. ) | |
| Destiny Mastercard, ) | |

**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT**
**DEMAND FOR JURY TRIAL**

I. Introduction

1. This is an action for damages and injunctive relief to remedy violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq..

2. The defendants' conduct has caused the plaintiff to suffer concrete financial and emotional harm, including but not limited to the denial of credit, higher interest rates, stress, and anxiety.

II Parties

3. Plaintiff: Jerome Casimir is an individual residing in Milwaukee WIDefendant Concora Credit Inc., Milestone Mastercard, Indigo Mastercard and Destiny Mastercard Defendant is a corporation and CA Collection Agency License# 10739-99, that regularly furnishes consumer credit information to nationwide credit reporting agencies.

4. Defendant Credit Bureau(s): Defendants of Credit Reporting Agency(ies), e.g., Equifax, Experian, TransUnion, are consumer reporting agencies ("CRAs") that maintain consumer credit files and issue credit reports.

## IV. Jurisdiction and venue

5. This court has subject-matter jurisdiction over this action under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

6. Venue is proper in this district under 28 U.S.C. § 1391(b), as a substantial part of the events giving rise to the claim occurred here.

## V. Facts

7. Beginning on or about May 2025, Plaintiff began to completely pay down his credit card debt with all 3 defendants with the high balance being ad low as $3 discovered.

8. Whereafter inaccurate information on their consumer credit report(s) provided by the defendant CRAs. Specifically, the report(s) contained the following inaccuracies: wrong address where bing reported to the credit somewhere in Alabama, unauthorized charges to my accounts and payment presented and drawn against my checking account e.g., blocks on my access to my account and contradictory balance statements from what was being reporting "a delinquent account falsely reported by Credit Card Company," or "an incorrect account balance for all account.

9. Plaintiff inquired and Concora addressed it as fraud upon me and ask serval times for proof of identity or they would terminate my account wherein written dispute letters and correspondence for over 120 days with defendants and CRAs via online to correct the inaccuracies.

10. The defendant CRAs received the dispute and, within the 30-day investigation period mandated by 15 U.S.C. § 1681i, failed to conduct a reasonable reinvestigation into the dispute.

11. The defendant Credit Card Company, as the furnisher of the inaccurate information, also failed to conduct a reasonable investigation after receiving notice of the dispute from the defendant CRAs.

12. Despite proper notification, the defendants persistently reported inaccurate information, including my address. This not only harmed the plaintiff but also prevented them from accessing online platforms to view or pay for services by off and on blocks to plaintiff's online access that had unauthorized charges and payments.

COUNT I

Causes of action Count Violation against the Credit Bureau(s)

13. By failing to conduct a reasonable reinvestigation after the plaintiff's dispute, defendant(s) of Credit Bureau(s)] violated 15 U.S.C. § 1681i.

14. The defendant(s) acted with willful or negligent noncompliance, entitling the plaintiff to statutory and actual damages.

Count 2:

VI. Violation of the FCRA against the Credit Card Company

15. By failing to conduct a reasonable investigation after receiving notice of the dispute and persistently reporting inaccurate information, the defendant violated 15 U.S.C. §

1681s-2(b). Consequently, the defendant's actions entitle the plaintiff to both statutory and actual damages.

VII. Prayer for relief

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against the defendants for:

a. An award of actual damages, including emotional distress, caused by the FCRA violations.

b. Statutory damages for the defendants' willful or negligent noncompliance.

c. An award of punitive damages for the defendants' willful violations.

d. An award of reasonable attorneys' fees and costs.

e. Any other relief the Court deems just and proper.

Demand for jury trial,    Plaintiff hereby demands a trial by jury for all issues so triable.

### Certification and Closing Under Federal Rule of Civil Procedure 11

by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. A. For Parties Without an Attorney I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: ~~October 6, 2025~~
1/15/26                     Respectfully yours

JEROME CASIMIR, Plaintiff prose
3229 N. 83rd Street
Milwaukee WI 53222
(414)998-9272
Jcash3620@gmail.com